IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 96-0146 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S APPLICATION FILED JULY 8, 2013; DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| JON ZAVALIDROGA, | |
| Defendant / | |

The Court is in receipt of defendant Jon Zavalidroga's "Application for an Out-of-Custody Writ of Habeas Corpus in Consideration of an Intervening Ninth Circuit's New Law," filed July 8, 2013, by which application defendant seeks, pursuant to Rules 60(b)(5) and 60(b)(6) of the Federal Rules of Civil Procedure, reconsideration of a prior order, or orders, of this Court.

Although defendant does not clearly express which order or orders he asserts should be reconsidered, the Court has considered each of the seventeen orders attached as an appendix to the instant application,[1] and finds defendant has failed to identify any cognizable basis to reconsider any of those seventeen orders.

Accordingly, the application is hereby DENIED.

---

[1] Attached to the application are seventeen orders issued by the undersigned, as well as twenty-seven orders issued by the United States Court of Appeals for the Ninth Circuit.

Further, to the extent defendant may wish to file a notice of appeal, the Court hereby DENIES a certificate of appealability, as defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: July 18, 2013

MAXINE M. CHESNEY
United States District Judge